UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEDRICK T. DARROUGH, SR.,     PLAINTIFF
ADC #137735

v.     5:19-cv-00269-JM-JJV

ARKANSAS BOARD OF CORRECTION; *et al.*     DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 23rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE